*E-Filed 3/11/11*

1  ALANA K. BASSIN (*Pending Pro Hac Vice Admission*)
   DAVID R. BUNGER (SBN 245826)
2  BOWMAN AND BROOKE LLP
   1741 Technology Drive, Suite 200
3  San Jose, CA 95110
   Telephone No.: (408) 279-5393
4  Fax No.: (408) 279-5845

5  Attorneys for Third-Party Defendant
   HONEYWELL INTERNATIONAL INC.

6

7                UNITED STATED DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9  ALLSTATE INSURANCE COMPANY,           )   CASE NO.: 3:10-CV-01039-RS
                                          )
10         Plaintiff,                     )   Assigned to:   Hon. Richard Seeborg
                                          )   Department:    C-3
11  vs.                                   )
                                          )   **STIPULATION AND ORDER REGARDING
12  ASKO APPLIANCES, INC. and             )   CLARIFICATION OF EXPERT TESTIMONY
    DOES 1 to 20,                         )   DISCLOSURE DATES**
13                                        )
           Defendants.                    )
14  _____  )
                                          )   Action Filed:   March 11, 2010
15  ASKO APPLIANCES, INC.,                )   Trial:   None
                                          )
16         Third-Party Plaintiff,         )
                                          )
17  vs.                                   )
                                          )
18  ASKO CYLINDA A.B., ELTEK S.p.A. and   )
    HONEYWELL INTERNATIONAL, INC.         )
19                                        )
           Third-Party Defendants.        )
20  _____  )

21       It is hereby stipulated by and between the parties that the third-party defendants in this
22  matter, including Asko Cylinda, A.B., Eltek S.p.A., and Honeywell International, Inc., through
23  their respective counsel, disclosure of expert testimony shall be provided on or before April 15,
24  2011. The date for the third-party defendants in this matter, including Asko Cylinda, A.B., Eltek
25  S.p.A., and Honeywell International, Inc., to provide their disclosure of expert testimony was
26  unintentionally omitted from Judge Richard Seeborg's Case Management Scheduling Order,
27  dated July 15, 2010.

28
                                          1
   STIPULATION AND ORDER REGARDING CLARIFICATION OF EXPERT TESTIMONY DISCLOSURE
                                        DATES
                          CASE NO: 3:10-CV-01039-RS

The parties further stipulate that pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(ii), all expert evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) shall be due by no later than May 15, 2011.

1. This is an insurance subrogation action filed by Allstate Insurance Company for personal injury/property damage and products liability. Asko Appliances, Inc. filed a third-party complaint including causes of action for equitable indemnity, contribution, and declaratory relief.

2. This stipulation is the first clarification regarding the third-party defendants' disclosure of expert testimony.

3. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED:**

DATED: March 7, 2011

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant, Third-Party Plaintiff and Counter-Defendant ASKO Appliances, Inc.

DATED: March __, 2011

CULBRETH & SCHROEDER, LLP

By: _____
ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff Allstate Insurance Company

DATED: March __, 2011

BOWMAN & BROOKE LLP

By: _____
DAVID BUNGER
Attorneys for Cross-Defendant Honeywell International Co.

|   |   |
|---|---|
| 1 | The parties further stipulate that pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(ii), all expert evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) shall be due by no later than May 15, 2011. |

The parties further stipulate that pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(ii), all expert evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) shall be due by no later than May 15, 2011.

1. This is an insurance subrogation action filed by Allstate Insurance Company for personal injury/property damage and products liability. Asko Appliances, Inc. filed a third-party complaint including causes of action for equitable indemnity, contribution, and declaratory relief.

2. This stipulation is the first clarification regarding the third-party defendants' disclosure of expert testimony.

3. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED:**

DATED: March ___, 2011              YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant, Third-Party
Plaintiff and Counter-Defendant ASKO
Appliances, Inc.

DATED: March 10, 2011              CULBRETH & SCHROEDER, LLP

By: _____
ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff Allstate Insurance
Company

DATED: March 9, 2011               BOWMAN & BROOKE LLP

By: _____
DAVID BUNGER
Attorneys for Cross-Defendant Honeywell
International Co.

2
STIPULATION AND ORDER REGARDING CLARIFICATION OF EXPERT TESTIMONY DISCLOSURE DATES
**CASE NO: 3:10-CV-01039-RS**

DATED: March 10, 2011

ALPER & McCULLOUGH

By: _____
DEAN A. ALPER
Attorneys for Cross-Defendant and Cross-Complainant ELTEK S.p.A.

[PROPOSED] ORDER

Good cause appearing, **IT IS ORDERED:**

That defendant and third-party plaintiff Asko Appliances, Inc.'s deadline to provide defendant and third-party plaintiff Asko Appliances, Inc.'s expert disclosure shall be on or before March 15, 2011.

That third-party defendants' Asko Cylinda, A.B., Eltek S.p.A., and Honeywell International, Inc., deadline to provide third-party defendants' disclosure of expert testimony shall be on or before April 15, 2011.

The deadline for Supplemental Expert Disclosures shall remain May 15, 2011.

On or before June 15, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

DATED: 3/11/11

_____
Richard Seeborg
United States District Judge