GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
Email: gyaron@yaronlaw.com
       jsilverstein@yaronlaw.com
       hchan@yaronlaw.com

Attorneys for Defendant, Counter-Defendant and Third-Party Plaintiff
ASKO APPLIANCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | CASE NO. 3:10-cv-01039-RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY** |
| v. | |
| ASKO APPLIANCES, INC., and DOES 1 to 20,. | |
| Defendants. | |
| ASKO APPLIANCES, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| ASKO CYLINDA A.B., HONEYWELL INTERNATIONAL, INC., and ELTEK S.p.A., | |
| Third-Party Defendants. | |

The Parties submit this Stipulation because Angelo DiMonte, the sole retained expert of Defendant/Third-Party Plaintiff ASKO APPLIANCES, INC. ("ASKO"), has recently been diagnosed with esophageal cancer. Pursuant to the Court's Scheduling Order, ASKO disclosed Angelo

DiMonte's report on March 15, 2011. According to the concurrently filed Declaration of James Silverstein, counsel for ASKO, in the days after Mr. DiMonte's report was disclosed, Mr. DiMonte advised Mr. Silverstein that he had been diagnosed with esophageal cancer and he would likely undergo chemotherapy and surgery. Moreover, the Declaration of Silverstein indicates that, on March 30th, Mr. DiMonte advised that his physician indicated he might be able to return to work in three to six months. In light of Mr. DiMonte's uncertain availability for deposition and trial, ASKO has requested all parties stipulate to permit ASKO to retain a new export and to disclose a new expert report. Given that the Court's current Scheduling Order requires that (a) Third-Party Defendants, ELTEK S.p.A. ("ELTEK"), and HONEYWELL INTERNATIONAL, INC. ("HONEYWELL") make their expert disclosure by April 15, 2011, and (b) all supplemental expert disclosures must be disclosed by May 15, 2011, ASKO has requested that the parties enter into a Stipulation and proposed Order to address this unforeseen situation.

Plaintiff ALLSTATE INSURANCE COMPANY ("Plaintiff"), ASKO, ELTEK, and HONEYWELL (referred to herein individually as a "Party" and collectively as the "Parties"), hereby agree to the following Stipulation in light of ASKO's counsel's representation regarding Mr. DiMonte's health:

1. ASKO will be permitted to retain a new expert to replace Mr. DiMonte. By May 31, 2011, ASKO will disclose the new expert's report. If ASKO so chooses, ASKO's new expert will be permitted to inspect the dishwasher at-issue, prior to May 31, 2011, so that he can timely prepare his report. All Parties and their experts will be permitted to attend this inspection if it goes forward. Plaintiff, ELTEK, and HONEYWELL reserve their right to object to any changed opinion contained in ASKO's new expert report, and to seek costs from ASKO for any additional costs they may incur with respect to an additional inspection if one is performed by ASKO.

2. The deadline for ELTEK and HONEYWELL to make their expert disclosure and

1  serve their expert reports will be June 30, 2011.

2      3.    All supplemental expert disclosures must be served by July 29, 2011.

3      4.    The expert discovery cut-off date will be extended from June 15, 2011 to August 29, 2011.

5      5.    Given that ELTEK and HONEYWELL's expert disclosure and report may generate the need for additional discovery, the non-expert discovery cut-off will be extended from May 15, 2011 to July 29, 2011.

Dated: APRIL 5, 2011

CULBRETH & SCHROEDER, LLP
By: ERIC M. SCHROEDER, ESQ.
Attorneys for Plaintiff
2945 Ramco St.
West Sacramento, CA 95691
(916) 438-8300
Fax (916) 438-8306
E-mail: emschroeder@calsubro.com

Dated: April 5, 2011

YARON & ASSOCIATES
By: JAMES SILVERSTEIN, ESQ.
Attorneys for Defendant/Third-Party Plaintiff
ASKO APPLIANCES, INC.
601 California St., 21st Floor
San Francisco, CA 94108
(415) 658-2929
Fax (415) 548-2930
E-mail: jsilverstein@yaronlaw.com

Dated: _____

LESTER SCHWAB KATZ & DWYER, LLP.
By: PAUL L. KASSIRER, ESQ.
Attorneys for Third-Party Defendant ELTEK, S.p.A.
120 Broadway
New York, N.Y. 10271
(212) 964-6611
E-mail: pkassirer@lskdnylaw.com


Dated: April 5, 2011

*/s/ David Bunger*
BOWMAN AND BROOKE, LLP
By: DAVID BUNGER, ESQ.
Attorneys for Third-Party Defendant HONEYWELL INTERNATIONAL
1741 Technology Drive, Suite 200
San Jose, CA 95110
(408) 279-5393
Fax (408) 279-5845
E-mail: David.Bunger@sjo.bowmanandbrooke.com


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated: _____

UNITED STATES DISTRICT JUDGE
RICHARD SEEBORG

Dated: APRIL 5, 2011

_____
LESTER SCHWAB KATZ & DWYER, LLP.
By: PAUL L. KASSIRER, ESQ.
Attorneys for Third-Party Defendant ELTEK, S.p.A.
120 Broadway
New York, N.Y. 10271
(212) 964-6611
E-mail: pkassirer@lskdnylaw.com

Dated: _____

_____
BOWMAN AND BROOKE, LLP
By: DAVID BUNGER, ESQ.
Attorneys for Third-Party Defendant HONEYWELL INTERNATIONAL
1741 Technology Drive, Suite 200
San Jose, CA 95110
(408) 279-5393
Fax (408) 279-5845
E-mail: David.Bunger@sjo.bowmanandbrooke.com

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 4/6/11

_____
UNITED STATES DISTRICT JUDGE
RICHARD SEEBORG