| | |
|---|---|
| 1 | ALANA K. BASSIN (*Pending Pro Hac Vice Admission*)<br>DAVID R. BUNGER (SBN 245826) |
| 2 | BOWMAN AND BROOKE LLP<br>1741 Technology Drive, Suite 200 |
| 3 | San Jose, CA 95110<br>Telephone No.: (408) 279-5393 |
| 4 | Fax No.: (408) 279-5845 |
| 5 | Attorneys for Third-Party Defendant<br>HONEYWELL INTERNATIONAL INC. |

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>ASKO APPLIANCES, INC. and DOES 1 to 20,<br><br>  Defendants. | CASE NO.: 3:10-CV-01039-RS<br><br>Assigned to:  Hon. Richard Seeborg<br>Department:  C-3<br><br>**STIPULATION AND ORDER REGARDING CLARIFICATION OF HONEYWELL INTERNATIONAL INC.'S EXPERT TESTIMONY DISCLOSURE DATES**<br><br>Action Filed:  March 11, 2010<br>Trial:  None |
| ASKO APPLIANCES, INC.,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>ASKO CYLINDA A.B., ELTEK S.p.A. and HONEYWELL INTERNATIONAL, INC.<br><br>  Third-Party Defendants. | |

It is hereby stipulated by and between the parties, through their respective counsel, that third-party defendant Honeywell International, Inc.'s (hereinafter "Honeywell") disclosure of expert testimony shall be provided on or before July 30, 2011. The currently scheduled date for third-party defendant Honeywell to provide its disclosure of expert testimony is June 30, 2011. However, third-party plaintiff Asko Appliances Inc. (hereinafter "Asko") has filed with this Court a motion to dismiss Honeywell from this matter. The motion to dismiss is scheduled to be heard on July 21, 2011. Counsel for Honeywell has been informed by all other counsel in this matter

that Asko's motion to dismiss will not be opposed by any parties to this action. Honeywell's participation in this lawsuit will cease and its disclosure of expert testimony will likely be rendered moot following the hearing on Asko's motion to dismiss.

1. This is an insurance subrogation action filed by Allstate Insurance Company for personal injury/property damage and products liability. Asko Appliances, Inc. filed a third-party complaint including causes of action for equitable indemnity, contribution, and declaratory relief against, among others, Honeywell International, Inc..

2. This stipulation is the second extension of time regarding Honeywell International Inc.'s disclosure of expert testimony. The first extension of time regarding Honeywell International, Inc.'s disclosure of expert testimony occurred when Asko Appliances, Inc.'s original expert witness, Angelo DiMonte, was replaced due to illness.

3. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED:**

DATED: June __, 2011    YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant, Third-Party Plaintiff and Counter-Defendant ASKO Appliances, Inc.

DATED: June __, 2011    CULBRETH & SCHROEDER, LLP

By: _____
ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff Allstate Insurance Company

///
///
///
///

2
STIPULATION AND ORDER REGARDING CLARIFICATION OF HONEYWELL INTERNATIONAL INC.'S EXPERT TESTIMONY DISCLOSURE DATES
CASE NO: 3:10-CV-01039-RS

1 | that Asko's motion to dismiss will not be opposed by any parties to this action. Honeywell's participation in this lawsuit will cease and its disclosure of expert testimony will likely be rendered moot following the hearing on Asko's motion to dismiss.

1. This is an insurance subrogation action filed by Allstate Insurance Company for personal injury/property damage and products liability. Asko Appliances, Inc. filed a third-party complaint including causes of action for equitable indemnity, contribution, and declaratory relief against, among others, Honeywell International, Inc..

2. This stipulation is the second extension of time regarding Honeywell International Inc.'s disclosure of expert testimony. The first extension of time regarding Honeywell International, Inc.'s disclosure of expert testimony occurred when Asko Appliances, Inc.'s original expert witness, Angelo DiMonte, was replaced due to illness.

3. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED:**

DATED: June ___, 2011                    YARON & ASSOCIATES


By: _____
GEORGE D. YARON
JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant, Third-Party
Plaintiff and Counter-Defendant ASKO
Appliances, Inc.

DATED: June 24, 2011                    CULBRETH & SCHROEDER, LLP

By: _____
ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff Allstate Insurance
Company

///
///
///
///

2

STIPULATION AND ORDER REGARDING CLARIFICATION OF HONEYWELL INTERNATIONAL INC.'S
EXPERT TESTIMONY DISCLOSURE DATES
**CASE NO: 3:10-CV-01039-RS**

| | | |
|---|---|---|
| 1 | DATED: June 24, 2011 | BOWMAN & BROOKE LLP |
| 2 | | |
| 3 | | By: /s/ David Bunger |
| 4 | | DAVID BUNGER<br>Attorneys for Cross-Defendant Honeywell International Co. |
| 5 | DATED: June __, 2011 | ALPER & McCULLOUGH |
| 6 | | |
| 7 | | By: _____ |
| 8 | | DEAN A. ALPER<br>Attorneys for Cross-Defendant and Cross-Complainant ELTEK S.p.A. |

3
STIPULATION AND ORDER REGARDING CLARIFICATION OF HONEYWELL INTERNATIONAL INC.'S
EXPERT TESTIMONY DISCLOSURE DATES
**CASE NO: 3:10-CV-01039-RS**

| | | |
|---|---|---|
| 1 | DATED: June __, 2011 | BOWMAN & BROOKE LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID BUNGER<br>Attorneys for Cross-Defendant Honeywell International Co. |
| 5 | DATED: June 24, 2011 | ALPER & McCULLOUGH |
| 6 | | |
| 7 | | By: /s/ Dean A. Alper |
| 8 | | DEAN A. ALPER<br>Attorneys for Cross-Defendant and Cross-Complainant ELTEK S.p.A. |

**[PROPOSED] ORDER**

Good cause appearing, **IT IS ORDERED:**

That third-party defendant Honeywell International, Inc.'s deadline to provide its disclosure of expert testimony shall be extended to on or before July 30, 2011.

DATED: 6/27/11

_____
Richard Seeborg
United States District Judge