*E-Filed 7/20/11*

1  GEORGE D. YARON, ESQ. (State Bar #96246)
   JAMES SILVERSTEIN, ESQ. (State Bar #143543)
2  HIELAM CHAN, ESQ. (State Bar #267321)
   YARON & ASSOCIATES
3  601 California Street, 21ˢᵗ Floor
   San Francisco, California 94108
4  Telephone: (415) 658-2929
   Facsimile: (415) 658-2930
5  Email:  gyaron@yaronlaw.com
           jsilverstein@yaronlaw.com
6          hchan@yaronlaw.com

7  Attorneys for Defendant, Third-Party Plaintiff, and Counter-Defendant
   ASKO APPLIANCES, INC.
8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  ALLSTATE INSURANCE COMPANY,          )      CASE NO. CV 101039RS
                                         )
14              Plaintiff,               )      **STIPULATION AND [PROPOSED]**
                                         )      **CASE MANAGEMENT**
15         v.                            )      **SCHEDULING ORDER**
                                         )
16  ASKO APPLIANCES, INC., and DOES 1 to )
    20,.                                  )
17                                       )
                Defendants.              )
18  _____ )
                                         )
19  ASKO APPLIANCES, INC.,               )
                                         )
20              Third-Party Plaintiff,   )
                                         )
21         v.                            )
                                         )
22  ASKO CYLINDA A.B., HONEYWELL         )
    INTERNATIONAL, INC., and ELTEK S.p.A., )
23                                       )
                Third-Party Defendants.  )
24  _____ )

25

26      Plaintiff ALLSTATE INSURANCE COMPANY ("Allstate"), Defendant/Third-Party

27  Plaintiff/Counter-Defendant ASKO APPLIANCES, INC. ("Asko"), and Third-Party Defendant

28  ELTEK S.p.A. ("Eltek")(collectively "Parties"), by and through their respective attorneys of

record, hereby stipulate to the time deadlines, detailed below.  The Parties agreed on the following deadlines after participating in the Case Management Conference on July 14, 2011:

1.     ALTERNATIVE DISPUTE RESOLUTION.

This matter is referred to a Settlement Conference with a Magistrate Judge to be completed within one hundred twenty (120) days, if possible.  The parties shall promptly notify the Court whether the case is resolved at the Settlement Conference.

2.     DISCOVERY.

On or before November 18, 2011, all non-expert discovery shall be completed by the parties.

3.     EXPERT WITNESSES.

The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before November 18, 2011, the parties shall make their supplemental expert disclosures.

B. On or before February 10, 2012, all discovery of expert witnesses, pursuant to Federal Rule of Civil Procedure 26(b)(4), shall be completed.

4.     PRETRIAL MOTIONS.

All pretrial motions, including Motions for Summary Judgment, must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than June 7, 2012.

5.     PRETRIAL STATEMENTS.

At a time convenient to all, counsel shall meet and confer to discuss preparation of a Joint Pretrial Statement, and on or before  August 16, 2012, counsel shall file a Joint Pretrial Statement.

6.     PRETRIAL CONFERENCE.

The final Pretrial Conference will be held on August 30, 2012, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.     TRIAL DATE.

Jury trial shall commence on September 10, 2012, at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

CULBRETH & SCHROEDER, LLP

Dated: July ___, 2011

ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff
Allstate Insurance Company

YARON & ASSOCIATES

Dated: July ___, 2011

JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant/Third-Party
Plaintiff/Counter-Defendant
Asko Appliances, Inc.

LESTER SCHWAB KATZ & DWYER, LLP

Dated: July ___, 2011

PAUL L. KASSIRER
STEVE GETZOFF
Attorneys for Third-Party Defendant/Counter-
Claimant
Eltek, S.p.A.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:   7/20/11

UNITED STATES DISTRICT JUDGE
RICHARD SEEBORG

3

CULBRETH & SCHROEDER, LLP

Dated: July ___, 2011

_____
ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff
Allstate Insurance Company


YARON & ASSOCIATES

Dated: July ___, 2011

_____
JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant/Third-Party
Plaintiff/Counter-Defendant
Asko Appliances, Inc.


LESTER SCHWAB KATZ & DWYER, LLP

Dated: July 20, 2011

_____
PAUL L. KASSIRER
STEVE GETZOFF
Attorneys for Third-Party Defendant/Counter-Claimant
Eltek, S.p.A.


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**


Dated: _____

_____
UNITED STATES DISTRICT JUDGE
RICHARD SEEBORG