*E-Filed 10/5/11*
E-Filed 10/6/11*

GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile:  (415) 658-2930
Email:   gyaron@yaronlaw.com
         jsilverstein@yaronlaw.com
         hchan@yaronlaw.com

Attorneys for Defendant, Third-Party Plaintiff, and Counter-Defendant
ASKO APPLIANCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) ASKO APPLIANCES, INC., and DOES 1 to 20,. ) ) Defendants. ) _____ ) ASKO APPLIANCES, INC., ) ) Third-Party Plaintiff, ) ) v. ) ) ASKO CYLINDA A.B., HONEYWELL INTERNATIONAL, INC., and ELTEK S.p.A., ) ) Third-Party Defendants. ) _____ ) | CASE NO. CV 101039RS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff ALLSTATE INSURANCE COMPANY ("Allstate"), and Defendant/Third-Party Plaintiff/Counter-Defendant ASKO APPLIANCES, INC. ("Asko"), by and through their respective attorneys of record hereby submit this Stipulation and [Proposed] Order to move the hearing date on

Allstate's Motion for Summary Judgment, which is currently set for hearing, in Department 3, on October 13 at 1:30 p.m., to November 3, 2011 at 1:30 p.m. or any date thereafter that the Court may set.

The reason that the Allstate and Asko are submitting this Stipulation is that there is a Mandatory Settlement Conference, set for October 25, 2011, with Magistrate Judge Donna M. Ryu. Allstate and Asko would like to attempt to settle this matter prior to the Court hearing Allstate's Motion. Therefore, Allstate and Asko agree to the following Stipulation in light of their desire to attempt to resolve this matter at the October 25th Settlement Conference before the Court hears Allstate's Motion for Summary Judgment, or, in the Alternative, Motion for Partial Summary Judgment:

1. The hearing on Allstate's Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment is continued from October 13 at 1:30 p.m. to November 3, at 1:30 p.m. in Department 3, or any date thereafter that the Court may set.

Dated: October 4, 2011

CULBRETH & SCHROEDER, LLP

*/s/ Eric M. Schroeder*

ERIC M. SCHROEDER
SALLY NOMA
Attorneys for Plaintiff
Allstate Insurance Company


YARON & ASSOCIATES

Dated: October __, 2011

*/s/ James Silverstein*

GEORGE D. YARON
JAMES SILVERSTEIN
HIELAM CHAN
Attorneys for Defendant/Third-Party Plaintiff/Counter-Defendant
Asko Appliances, Inc.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. Allstate's Motion for Summary Judgment, or, in the Alternative, Motion for Summary Partial Summary Judgment is continued to November 3, 2011 at 1:30 p.m. in Department 3.

Dated: 10/6/11

*/s/ Richard Seeborg*

UNITED STATES DISTRICT JUDGE
RICHARD SEEBORG