UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE CO, | No. C-10-01039-RS (DMR) |
| Plaintiff(s), | **ORDER RE SEALED TRANSCRIPT** |
| v. | |
| ASKO APPLIANCES INC, | |
| Defendant(s). | |

On October 25, 2011, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for the parties to the settlement with a transcript of that day's proceedings upon their request and without further order.

IT IS SO ORDERED.

Dated: October 25, 2011

_____
DONNA M. RYU
United States Magistrate Judge