1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11  ALLSTATE INSURANCE CO,                    No. C-10-01039-RS (DMR)
12          Plaintiff(s),                     **ORDER RE SEALED TRANSCRIPT**
13     v.
14  ASKO APPLIANCES INC,
15          Defendant(s).
16  _____/
17      On October 25, 2011, the undersigned held a settlement conference in the above matter, and
18  a confidential agreement was placed on the record following that day's conference. The undersigned
19  hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.
20      However, the court reporters are directed to provide counsel for the parties to the settlement
21  with a transcript of that day's proceedings upon their request and without further order.
22      IT IS SO ORDERED.
23
24  Dated: October 25, 2011
25
                                               _____
26                                             DONNA M. RYU
                                               United States Magistrate Judge
27
28