1

2

3

4

5

6

7

8                     UNITED STATES  DISTRICT COURT

9                       Northern District of California

10                             Oakland Division

11   ALLSTATE INSURANCE CO,                    No. C 10-01039 LB

12                 Plaintiff(s),            **ORDER CONTINUING NOVEMBER 17, 2011 TELEPHONIC HEARING RE: THE PARTIES' DISCOVERY DISPUTE**
          v.
13
     ASKO APPLIANCES INC,
14
                 Defendant(s).
15   _____/

16        The parties in this insurance subrogation action were referred to this court for discovery

17   purposes.  Seeking judicial intervention to resolve a discovery dispute, the parties submitted two

18   joint letters (ECF Nos. 77, 82), and the court set a telephonic hearing to discuss the dispute for

19   November 17, 2011.

20        Today, the parties submitted a third joint letter that states that they have tentatively settled their

21   claims against each other.  ECF No. 84.  To give them time to execute a written settlement

22   agreement and to avoid what may prove to be an unnecessary hearing, the parties request that the

23   November 17, 2011 telephonic hearing be continued to December 8, 2011.

24        The court agrees with the parties that continuing the hearing makes sense.  Accordingly, the

25   telephonic hearing on the parties' discovery dispute, currently set for November 17, 2011 at 11:00

26   a.m., is CONTINUED to **December 8, 2011 at 11:00 a.m.**  The parties shall file a brief status

27   update no later than **December 2, 2011** to inform the court whether the parties have executed a

28   settlement agreement or whether the December 8, 2011 hearing is necessary.

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-01039 LB

1    **IT IS SO ORDERED.**

2    Dated: November 16, 2011



3

     LAUREL BEELER
     United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California