UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALLSTATE INSURANCE CO, | No. C 10-01039 LB |
| Plaintiff(s), | **ORDER CONTINUING DECEMBER 8, 2011 TELEPHONIC HEARING RE: THE PARTIES' DISCOVERY DISPUTE** |
| v. | |
| ASKO APPLIANCES INC, | |
| Defendant(s). | |

The parties in this insurance subrogation action were referred to this court for discovery purposes. Seeking judicial intervention to resolve a discovery dispute, the parties submitted two joint letters, and the court set a telephonic hearing to discuss the dispute for November 17, 2011. ECF Nos. 77, 81, 82. Upon receiving the parties' third joint letter stating that they have tentatively settled their claims against each other, the court continued the November 17, 2011 telephonic hearing to December 8, 2011. ECF Nos. 84, 85.

On December 1, 2011, the parties filed another joint letter, stating that they need additional time to execute a written settlement agreement. ECF No. 87. In light of this need, the telephonic hearing on the parties' discovery dispute, currently set for December 8, 2011 at 11:00 a.m., is CONTINUED to **January 12, 2012 at 11:00 a.m.** The parties shall file a brief status update no later than **January 5, 2012** to inform the court whether the parties have executed a settlement agreement or whether the January 12, 2012 hearing is necessary.

///

C 10-01039 LB

**IT IS SO ORDERED.**

Dated: December 2, 2011



_____
LAUREL BEELER
United States Magistrate Judge